IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. DNCW3:11CR245 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ROBERT S. MOSS. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and Scottrade, Inc.:

A judgment was entered on February 13, 2013, in the United States District Court for the Western District of North Carolina in favor of the United States of America and against Defendant, Robert S. Moss, whose last known address is XXXXXXXXXXXXXXXXX, Oklahoma City, Oklahoma 73189, in the sum of $1,460,221.33. The balance on the account as of June 24, 2013 is $1,460,221.33.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Scottrade, Inc. is commanded to turn over property in which Defendant, Robert S. Moss, Social Security Number XXX-XX-7054, has a substantial non-exempt interest, said property being funds located in any financial accounts, including individual retirement accounts, held in the name of Robert S. Moss at the following address: Scottrade, Inc., P.O. Box 31759, Saint Louis, Missouri 63131, Attention Legal Department.

Signed: July 2, 2013

_____
David C. Keesler
United States Magistrate Judge