IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. DNCW3:11CR245 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ROBERT S. MOSS. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and First Citizens Bank:

A judgment was entered on February 13, 2013, in the United States District Court for the Western District of North Carolina in favor of the United States of America and against Defendant, Robert S. Moss, whose last known address is XXXXXXXXXXXXXXXXX, Oklahoma City, Oklahoma 73189, in the sum of $1,460,221.33. The balance on the account as of July 26, 2013 is $1,460,221.33.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and First Citizens Bank is commanded to turn over property in which Defendant, Robert S. Moss, Social Security Number XXX-XX-7054, has a substantial non-exempt interest, said property being funds located in any financial accounts held in the name of Robert S. Moss at the following address: First Citizens Bank, P.O. Box 27131, Raleigh, North Carolina 27611, Attention: Verification of Deposits Department, #DAC15.

Signed: August 5, 2013

_____
David C. Keesler
United States Magistrate Judge